**Electronically Filed
Supreme Court
SCWC-23-0000402
07-JUL-2026
07:59 AM
Dkt. 15 ODAC**

SCWC-23-0000402

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS
THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS
CWALT, INC. ALTERNATIVE LOAN TRUST 2006-16CB MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-16CB,
Petitioner/Plaintiff-Appellee,

vs.

ASSOCIATION OF APARTMENT OWNERS OF PALM VILLAS II,
Respondent/Defendant Appellant,

and

PANCHO DELEON ABALOS; CASSIE LEI ALMANZOR ABALOS;
HAWAIIUSA FEDERAL CREDIT UNION;
EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000402; CASE NO. 1CC191001370)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Tomasa, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on May 15, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 7, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Taryn R. Tomasa

